# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DANIEL BRAY and
GERI BRAY,
as individuals,  Case No.: 6:15-cv-1705-CEM-TBS

      Plaintiffs,

v.

PNC BANK, N.A., d/b/a
PNC MORTGAGE,
a national association,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COME NOW**, Plaintiffs, DANIEL BRAY and GERI BRAY (hereinafter collectively, "Plaintiffs"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submit this *Notice of Pending Settlement* and state:

1. Plaintiffs and Defendant, PNC BANK, N.A., d/b/a PNC MORTGAGE (hereinafter "Defendant"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 29th day of December 2016.

            Respectfully submitted,

            **LEAVENLAW**

            /s/ *Aaron M. Swift*
            **Ian R. Leavengood, Esq., FBN 010167**
            **Aaron M. Swift, Esq., FBN 093088**
            **Gregory H. Lercher, Esq., FBN 106991**
            **Sara J. Weiss, Esq., FBN 115637**
            Northeast Professional Center
            3900 First Street North, Suite 100
            St. Petersburg, FL 33703
            Phone: (727) 327-3328
            Fax: (727) 327-3305
            consumerservice@leavenlaw.com
            aswift@leavenlaw.com
            glercher@leavenlaw.com
            sweiss@leavenlaw.com
            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 29th day of December 2016 to:

R. Carter Burgess, Esq.
Wesley Ridout, Esq.
McGlinchey Stafford, PLLC
10407 Centurion Parkway, N., Suite 200
Jacksonville, FL 32256
cburgess@mcglinchey.com
wridout@mcglinchey.com
*Attorneys for Defendant*

and

Joseph A. Apatov, Esq.
McGlinchey Stafford, PLLC
One E. Broward Blvd., Suite 1400
Fort Lauderdale, FL 33301
japatov@mcglinchey.com
Attorneys for Defendant

/s/ *Aaron M. Swift*
Attorney